## 31885. ADAMS et al. v. GWINNETT COMMERCIAL BANK.

JORDAN, Justice.

This case involves proceedings brought for the confirmation of a sale of realty under the powers contained in a deed to secure debt. Code Ann. § 67-1503 (Ga. L. 1935, p. 381) requires such confirmation before a deficiency judgment may be obtained against a debtor.

The Court of Appeals affirmed the judgment of the trial court which found that the creditor had not proved by a preponderance of the evidence that it sold the property for its fair market value; but that it had acted in good faith by having the property appraised before the sale; and concluded that while confirmation should be denied, a resale was authorized. *Adams v. Gwinnett Commercial Bank,* 140 Ga. App. 233 (230 SE2d 324) (1976). The Court

of Appeals equated the authority of the trial judge in Code Ann. § 67-1505 to order a resale of the property "for good cause shown" with the right to exercise a legal discretion. We granted certiorari.

After further consideration of the case we find that the Court of Appeals correctly decided the questions made.

*Judgment affirmed. Nichols, C. J., Undercofler, P. J., Ingram and Hill, JJ., concur. Hall, J., concurs in the judgment only. Bowles, J., not participating.*

ARGUED MARCH 14, 1977 — DECIDED APRIL 6, 1977 — REHEARING DENIED MAY 11, 1977.

*Webb, Fowler & Tanner, William G. Tanner, William W. Cowan,* for appellants.

*G. Hughel Harrison, Thomas J. Anderson,* for appellee.